# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-287-422**

**Effective Date of Registration:**
January 19, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Edgecam 2012 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | January 01, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Planit Software Limited |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vero Software, Inc.<br>Eleven Water Ridge Plaza, 2801 Yorkmont Road Suite 230, Charlotte, NC, 28208, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program |
| **New material included in claim:** | computer program |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Lee & Hayes PLLC |
| **Name:** | George Brunt |
| **Address:** | 601 W Riverside Ave Ste 1400<br>Spokane, WA 99201 United States |

## Certification

| | |
|---|---|
| **Name:** | George Brunt |

**Date**: January 19, 2017
**Applicant's Tracking Number**: V036-0004CR



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Leyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-298-423

**Effective Date of Registration:**
January 19, 2017

## Title

**Title of Work:** Edgecam 2013

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 01, 2013
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Planit Software Limited
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Vero Software, Inc.
Eleven Water Ridge Plaza, 2801 Yorkmont Road Suite 230, Charlotte, NC,
28208, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** Lee & Hayes PLLC
**Name:** George Brunt
**Address:** 601 W Riverside Ave Ste 1400
Spokane, WA 99201 United States

## Certification

**Name:** George Brunt

**Date**: January 19, 2017
**Applicant's Tracking Number**: V036-0004CR

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-298-419

**Effective Date of Registration:**
January 19, 2017

---

## Title

**Title of Work:** Edgecam 2014

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Planit Software Limited
**Author Created:** computer program
**Work made for hire:** Yes
**Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Vero Software, Inc.
Eleven Water Ridge Plaza, 2801 Yorkmont Road Suite 230, Charlotte, NC,
28208, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** Lee & Hayes PLLC
**Name:** George Brunt
**Address:** 601 W Riverside Ave Ste 1400
Spokane, WA 99201 United States

## Certification

**Name:** George Brunt

**Date**:   January 19, 2017
**Applicant's Tracking Number**:   V036-0004CR

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-298-343**
**Effective Date of Registration:**
January 19, 2017

## Title _____

Title of Work:   Edgecam 2015

## Completion/Publication _____

Year of Completion:   2014
Date of 1st Publication:   January 01, 2015
Nation of 1st Publication:   United States

## Author _____

- **Author:**   Planit Software Limited
- **Author Created:**   computer program
- **Work made for hire:**   Yes
- **Domiciled in:**   United Kingdom

## Copyright Claimant _____

Copyright Claimant:   Vero Software, Inc.
Eleven Water Ridge Plaza, 2801 Yorkmont Road Suite 230, Charlotte, NC, 28208, United States
Transfer statement:   By written agreement

## Limitation of copyright claim _____

Material excluded from this claim:   computer program

New material included in claim:   computer program

## Rights and Permissions _____

Organization Name:   Lee & Hayes PLLC
Name:   George Brunt
Address:   601 W Riverside Ave Ste 1400
Spokane, WA 99201 United States

## Certification _____

Name:   George Brunt

**Date**: January 19, 2017
**Applicant's Tracking Number**: V036-0004CR



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-298-339

**Effective Date of Registration:**
January 19, 2017

## Title ───────────────────────────────

**Title of Work:**  Edgecam 2016

## Completion/Publication ──────────────

**Year of Completion:**  2015
**Date of 1st Publication:**  January 01, 2016
**Nation of 1st Publication:**  United States

## Author ──────────────────────────────

- **Author:**  Planit Software Limited
   **Author Created:**  computer program
   **Work made for hire:**  Yes
   **Domiciled in:**  United Kingdom

## Copyright Claimant ──────────────────

**Copyright Claimant:**  Vero Software, Inc.
   Eleven Water Ridge Plaza, 2801 Yorkmont Road Suite 230, Charlotte, NC, 28208, United States
**Transfer statement:**  By written agreement

## Limitation of copyright claim ───────

**Material excluded from this claim:**  computer program

**New material included in claim:**  computer program

## Rights and Permissions ──────────────

**Organization Name:**  Lee & Hayes PLLC
   **Name:**  George Brunt
   **Address:**  601 W Riverside Ave Ste 1400
   Spokane, WA 99201 United States

## Certification ───────────────────────

**Name:**  George Brunt

**Date**: January 19, 2017
**Applicant's Tracking Number**: V036-0004CR

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-298-333

**Effective Date of Registration:**
January 19, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Edgecam 2017 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 01, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Planit Software Limited |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Vero Software, Inc.<br>Eleven Water Ridge Plaza, 2801 Yorkmont Road Suite 230, Charlotte, NC, 28208, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program |
| **New material included in claim:** | computer program |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Lee & Hayes PLLC |
| **Name:** | George Brunt |
| **Address:** | 601 W Riverside Ave Ste 1400<br>Spokane, WA 99201 United States |

## Certification

| | |
|---|---|
| **Name:** | George Brunt |

Page 1 of 2

**Date**:   January 19, 2017
**Applicant's Tracking Number**:   V036-0004CR