United States District Court
Southern District of Texas
**ENTERED**
June 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Vero Software, Inc., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-236 |
| | § | |
| Liberty Precision Company, LLC, | § | |
|     Defendant. | § | |

## ORDER

On June 3, 2019, the parties announced that a settlement has been reached in this action. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within thirty (30) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 4th day of June, 2019.

                                      SIM LAKE
                          UNITED STATES DISTRICT JUDGE